UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GRACE CORTEZ BENAVIDES,

           Plaintiff,

v.

UNKNOWN PARTY,

           Defendant.

_____/

Case No. 1:26-cv-1756

Honorable Hala Y. Jarbou

**ORDER**

This is a civil rights action brought by a United States Immigration and Customs Enforcement (ICE) detainee. The Court **GRANTS** Plaintiff leave to proceed *in forma pauperis*. Plaintiff initiated this action by filing a letter complaint, which contains limited information and which does not identify any Defendant(s). The Court will provide Plaintiff with an opportunity to clarify her claims by filing an amended complaint.

The Court **DIRECTS** the Clerk to send to Plaintiff (i) a courtesy copy of her original complaint (ECF No. 1) and (ii) a copy of the Complaint for Violation of Civil Rights (Non-Prisoner Complaint) form. Plaintiff shall submit an amended complaint by filing her amended complaint on the requisite form within twenty-one (21) days from the date of entry of this order. The amended complaint will take the place of the original complaint, so it must include all of the Defendants that Plaintiff intends to sue and all of the claims that Plaintiff intends to raise. Plaintiff need not re-submit supporting exhibits filed with the original complaint. The case number shown above must appear on the front page of the amended complaint. If Plaintiff fails to submit an amended

complaint in proper form within the time allowed, the Court will dismiss the complaint without prejudice. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.


Dated:    June 24, 2026                            /s/ Sally J. Berens
                                                    SALLY J. BERENS
                                                    United States Magistrate Judge